No. 474.—A. ALVAREZ & CÍA., PETICIONARIA, *v.* CORTE DE DISTRITO DE SAN JUAN, DISTRITO SEGUNDO, HON. M. RODRÍGUEZ SERRA, JUEZ, DEMANDADO.—*Certiorari.* Enero 29, 1925. No apareciendo de la petición que esté envuelta ninguna verdadera cuestión de jurisdicción o de procedimiento, *no ha lugar al auto.*